People of the State of Illinois, Plaintiff-Appellee, v. Kascell Jennings, Defendant-Appellant.

Gen. No. 66–143. (Abstract of Decision.)

Fifth District.

January 31, 1968.

Joseph B. McGlynn, Jr., of East St. Louis, for appellant; John M. Karns, Jr., State's Attorney of St. Clair County of Belleville, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.